AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
MAR 19 2019
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isabel Alvarez (1993/US) | ) | Case No. M-19-0651-M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 19, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 14.94 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 14.94 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by
[signature]

Sworn to before me and signed in my presence.

Date: 03/20/2019

City and state: McAllen, Texas

[signature]
*Complainant's signature*

Nicholas Ilg, HSI Special Agent
*Printed name and title*

[signature]
*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

## Attachment "A"

I, Nicholas Ilg, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On March 19, 2019, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Pharr Port of Entry (POE) in Pharr, Texas. CBP Officers (CBPOs) detained Isabel Alvarez (hereafter ALVAREZ), a citizen of the United States, while attempting to enter the U.S. with approximately 14.94 kilograms of cocaine concealed within the rocker panels of the vehicle she was driving.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. ALVAREZ claimed to be traveling from visiting her grandmother in Reynosa, Tamaulipas, Mexico to her residence in Donna, Texas. CBPOs referred ALVAREZ and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection, a CBP K-9 drug detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle.

4. CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in the rocker panels of the vehicle.

5. A physical search of the vehicle revealed a total of 12 packages concealed within both rocker panels of the vehicle. CBPOs weighed the 12 packages, which weighed approximately 14.94 kilograms on a calibrated scale. CBPOs field tested the substance inside the packages, with a presumptive positive result for the characteristics of cocaine.

6. HSI Special Agents responded to the Pharr POE to assist in the investigation. HSI Special Agents interviewed ALVAREZ, who admitted she knew she was transporting drugs into the United States and was paid for the smuggling event. ALVAREZ admitted to one previous smuggling event.